23746

Darrell Juett FLOYD, Respondent v. STATE of South Carolina, Petitioner.

(427 S.E. (2d) 634)

Supreme Court

*Atty. Gen. T. Travis Medlock, Chief Deputy Atty. Gen. Joseph D. Shine,* and *Asst. Attys. Gen. Delbert H. Singleton* and *Lisa Godwin Jefferson,* of Columbia, *for petitioner.*

*Asst. Appellate Defender Tara Dawn Shurling* of *South Carolina Office of Appellate Defense,* Columbia, *for respondent.*

Submitted Nov. 17, 1992.

Decided Nov. 30, 1992.

## ON WRIT OF CERTIORARI

*Per Curiam:*

This Court granted certiorari to review the order of the post-conviction relief judge, we now dismiss certiorari as improvidently granted.

Dismissed.